WSS

FILED
FEB 13 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **FELIX CARTER, JR.** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** W07CA047 |
| | § | |
| **CITY OF HILLSBORO and DAVE SINCLAIR** | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE WALTER S. SMITH, JR.:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants City of Hillsboro and Dave Sinclair ("Defendants"), submit this Notice of Removal and would show the Court as follows:

1.

On or about February 1, 2007, a civil action was commenced by Felix Carter, Jr. ("Plaintiff") in the District Court of Hill County, Texas, 66th Judicial District. In the Original Petition, Plaintiff makes claims against Defendants under the United States Constitution and under 42 U.S.C. § 1983.

2.

This lawsuit is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441.

3.

Copies of all citations, petitions, and other pleadings filed in this case in the state district court are attached hereto. Specifically, the following are attached:

1. Exhibit A – Plaintiff's Original Petition and Citation, and

2. Exhibit B – Defendants' Original Answer.

4.

Defendants will file a copy of this Notice of Removal with the District Clerk of Hill County, Texas, 66th Judicial District and give written notice to the Plaintiff promptly after filing this Notice.

WHEREFORE, Defendants City of Hillsboro and Dave Sinclair, by filing this Notice of Removal, hereby remove the civil action filed in the District Court of Hill County, Texas, 66th Judicial District to the United States District Court for the Western District of Texas, Waco Division.

Respectfully submitted,

Roy L. Barrett
State Bar No. 01814000
Stuart Smith
State Bar No. 18685885
of
NAMAN, HOWELL, SMITH & LEE, L.L.P.
900 Washington, 7th Floor
P. O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
FAX (254) 754-6331

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendants' Notice of Removal was mailed by certified mail, return receipt requested, to Mr. Kendall L. Drew, Loucks & Drew, P.L.L.C., Comerica Bank Building, 820 Ferris Avenue, Suite 225, Waxahachie, Texas 75165 on this 13th day of February, 2007.

Stuart Smith

COPY

NO. 45180

| | | |
|---|---|---|
| FELIX CARTER, JR.,<br>Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 66TH JUDICIAL DISTRICT |
| | § | |
| CITY OF HILLSBORO<br>AND DAVESINCLAIR | § | |
| | § | |
| | § | |
| Defendants. | § | OF HILL COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Felix Carter, Jr., hereinafter called Plaintiff, complaining of and about Hillsboro Police Department and Dave Sinclair, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES AND SERVICE

2. Plaintiff, Felix Carter, Jr., is an Individual whose address is 229 Abney Street, Hillsboro, Texas 76645.

3. Defendant City of Hillsboro may be served with process by serving, Hillsboro City Manager, Jack Harper, at Post Office Box 568, Hillsboro, Texas 76645. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

4. Defendant Dave Sinclair, an Individual who is a resident of Texas, may be served with process at his place of employment at the following address: 303 N. Waco St. Hillsboro, Texas 76645-2139. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

### JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.



EXHIBIT
A

6. This court has jurisdiction over the parties because Defendants are Texas residents.

7. Venue in Hill County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

8. The Court has jurisdiction over Plaintiff's federal claims pursuant to Title 42, U.S.C. Section 1983 ("herein 1983"). The damages sought by Plaintiff herein, under both their State and federal claims, exceed the minimum jurisdictional amount of this Court as established by State law.

## FACTS

9. On or about February 5, 2005, Hillsboro Police Department attempted a traffic stop on Felix Carter, Jr.: Felix Carter, Jr., exited the vehicle at his father residence. Officer Dave Sinclair struck Felix Carter, Jr., with his car while Felix Carter, Jr., was on foot. After being struck by the police vehicle, Dave Sinclair then exited the vehicle and began to hit Felix Carter, Jr. with club or similar device.

10. The city of Hillsboro, Texas is a political sub-division of the state of Texas. Officer Dave Sinclair is employed or is an agent of that sub-division.

## FELIX CARTER, JR.'S CLAIM FOR INJURY BY MOTOR VEHICLES AND EQUIPMENT

11. The defendant is a governmental unit covered by the TTCA;

12. The Defendant's employee, while acting within the scope of employment, was negligent;

13. The plaintiff's injury was proximately caused by the operation or use of a motor-driven vehicle or motor-driven equipment; and

14. The defendant's employee would have been personally liable to the plaintiff under Texas law.

**FELIX CARTER, JR.'S CLAIM FOR EXCESSIVE OR UNREASONABLE FORCE UNDER 42 USC 1983**

15. Officer Dave Sinclair actively participated in excessive or unreasonable force while seizing Carter, Felix, Jr.

**FELIX CARTER, JR.'S CLAIM FOR EXCESSIVE OR UNREASONABLE FORCE UNDER 42 USC 1983**

16. The City of Hillsboro supervised Officer Dave Sinclair who used excessive or unreasonable force while seizing Felix Carte, Jr.

**FELIX CARTER, JR.'S CLAIM FOR INJURY BY MOTOR VEHICLES AND EQUIPMENT**

17. The defendant is a governmental unit covered by the TTCA;

18. The Defendant's employee, while acting within the scope of employment, was negligent;

19. The plaintiff's injury was proximately caused by the operation or use of a motor-driven vehicle or motor-driven equipment; and

20. The defendant's employee would have been personally liable to the plaintiff under Texas law.

**FEDERAL CLAIMS FOR PLIANTIFF, FELIX CARTER, JR.**

21. a. The Plaintiff allege the acts and omissions of Defendants Dave Sinclair and City of Hillsboro, as described herein, were undertaken by them pursuant to, and in fact constituted, customs, practices, policies, or usages of the Defendant City of Hillsboro, and that such acts and omissions operated, on the occasion in question, to Plaintiff, or caused the Plaintiff to be subjected, to the deprivation of his Federal Constitutional right to Substantive Due Process as protected by the fourteenth Amendment to the United States Constitution.

**DAMAGES FOR PLAINTIFF, FELIX CARTER, JR.**

22. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Felix Carter, Jr., was caused to suffer Pain and suffering damages; Punitive damages, Actual damages, Attorney's fees, and to incur the following damages:



Feb 05 07 04:05p City Of Hillsboro 2545820112 p.7

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Felix Carter, Jr. for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hill County, Texas;

B. Physical pain and suffering in the past;

C. Physical impairment in the past;

D. Loss of earnings in the past;

E. Mental anguish in the past; and

F. Mental anguish in the future.

G. Attorney's fees

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Felix Carter, Jr., respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Loucks & Drew, P.L.L.C

By: ______________________

Kendall L. Drew
Texas Bar No. 24032144
Comerica Bank Building
820 Ferris Avenue, Suite 225
Waxahachie, Texas 75165
Tel. 972.937.5002
Fax. 972.937.2676
Attorney for Plaintiff
Felix Carter, Jr.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

CITATION BY MAILING

STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and Petition/Motion to plantiff, a default judgment may be taken against you."

TO: City Of Hillsboro, Defendant, Greetings:
By Serving Jack Harper, City Manager, P. O. Box 568
Hillsboro, Tx 76645

You are commanded to appear by filing a written answer to the Plantiff's Petition/Motion, or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, before before the Honorable Judge of the 66th District of HIllsboro, Texas, at the Courthouse in Hillsboro, Texas.

Said Plantiff's Petition/Motion was filed on the 1st day of February, 2007.

The file number of said suit being No. 45180.

The style of the case is:
FELIX CARTER JR.
vs.
CITY OF HILLSBORO AND DAVE SINCLAIR

The name and address of the attorney for plantiff, or the address of plantiff is:
KENDALL L. DREW
COMERICA BANK BLDG.
WAXAHACHIE, TX. 75168

A copy of Plantiff's Petition/Motion, is attached to this citation.

THE LAW PROHIBITS THE JUDGE AND THE CLERKS FROM GIVING LEGAL ADVISE, SO PLEASE DO NOT SEEK SUCH ADVISE FROM EITHER. ANY LEGAL QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Issued and given under my hand and seal of said Court, at office in Hillsboro, Texas, this the 1st day of February, A.D., 2007.

NOTICE: This constitutes service by certified mail, as allowed by RULE (a)(2) of the TEXAS RULES OF CIVIL PROCEDURE.

Charlotte Barr
DISTRICT CLERK, HILL COUNTY
P. O. Box 634
Hillsboro, Texas 76645

By: Dina Guerrero, Deputy

This, a true copy of the Plantiff's Petition/Motion was delivered to Party

defendant ______________________ ______________ County, Texas on

the ________ day of ______________________________, 20_____.

______________________________________

District Clerk/Sheriff/Constable

(Rule 106)

By_________________________,Deputy

NO. 45180

| | | |
|---|---|---|
| FELIX CARTER, JR., Plaintiff | § | IN THE DISTRICT COURT |
| v. | § | HILL COUNTY, TEXAS |
| CITY OF HILLSBORO AND DAVE SINCLAIR Defendant | § | 66th JUDICIAL DISTRICT |

**DEFENDANTS' ORIGINAL ANSWER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** City of Hillsboro, including Hillsboro Police Department, and Dave Sinclair, Defendants in the above entitled and numbered cause, (hereinafter referred to as "Defendants), and file this original answer and for such answer would respectfully show unto the Court as follows:

I.

Defendants generally deny the material allegations of Plaintiff's Original Petition in accordance with the *Texas Rules of Civil Procedure*.

WHEREFORE, Defendants, pray that Plaintiff recover nothing, for costs and for general relief.

FILED
CHARLOTTE BARR DIST. CLERK HILL COUNTY, T
2007 FEB 12 AM 8:45



EXHIBIT B

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, L.L.P.
900 Washington, 7th Floor
Post Office Box 1470
Waco, Texas 76703-1470
254/755-4100 (Telephone)
254/754-6331 (Facsimile)

BY: Roy L. Barrett
Roy L. Barrett
State Bar No. 01814000
Stuart Smith
State Bar No. 18685885

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Defendants' Original Answer was mailed by certified mail, return receipt requested, to Mr. Kendall L. Drew, Loucks & Drew, P.L.L.C., Comerica Bank Building, 820 Ferris Avenue, Suite 225, Waxahachie, Texas 75165 on this 9th day of February, 2007.

Roy L. Barrett
Roy L. Barrett

AO82
(Rev. 4/90)

ORIGINAL

408248

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS**

at Waco, TX

RECEIVED FROM Naman, Howell, Smith & Lee
PO Box 1470
Waco, TX 76703-1470

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

| ACCOUNT | AMOUNT |
|---|---|
| 510000 | 190.00 |
| 086900 | 60.00 |
| 086400 | 100.00 |
| TOTAL | 350.00 |

Case Number or Other Reference
W-07-CV-047

Filing Fee
Notice of Removal
Felix Carter, Jr.
City of Hillsboro and Dave Sinclair

$Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

206217

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 2/13 2007 | | X | | | M Cunningham |

C

W07CA047

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Felix Carter, Jr.

(b) County of Residence of First Listed Plaintiff Hill
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Kendall L. Drew
Loucks & Drew, P.L.L.C.
Commercia Bank Building
820 Ferris Avenue, Suite 225
Waxahachie, TX 75165 (972) 937-5002

## DEFENDANTS

City of Hillsboro and Dave Sinclair

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Stuart Smith
Naman, Howell, Smith & Lee, L.L.P.
P. O. Box 1470
Waco, TX 76703-1470 (254) 755-4100

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
42 USC § 1983

Brief description of cause:
Civil rights claim--alleged police abuse

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Unstated

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE
2-13-07

SIGNATURE OF ATTORNEY OF RECORD
[signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

W07CA047

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 45180

   Felix Carter, Jr. v. City of Hillsboro and Dave Sinclair

   In the District Court of Hill County, Texas; 66th Judicial District

2. Was jury demand made in State Court? Yes ☒ No ☐

   If yes, by which party and on what date?

   Plaintiff Felix Carter, Jr. — Party Name

   February 1, 2007 — Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

| | |
|---|---|
| Plaintiff Felix Carter Jr. | Kendall L. Drew<br>Loucks & Drew, P.L.L.C.<br>Comerica Bank Building<br>820 Ferris Avenue, Suite 225<br>Waxahachie, Texas 75165<br>(972) 937-5002<br>FAX: (972) 937-2676 |
| Defendants City of Hillsboro and Dave Sinclair | Roy L. Barrett/Stuart Smith<br>Naman, Howell, Smith & Lee, L.L.P.<br>P. O. Box 1470<br>Waco, Texas 76703-1470<br>(254) 755-4100<br>FAX: (254) 754-6331 |

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   All parties have been served.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

Stuart Smith
Attorney for Removing Party

February 13, 2007
Date

Defendants City of Hillsboro and David Sinclair
Party/Parties