**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **FELIX CARTER, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. W-07-CA-047** |
| **v.** | § | |
| | § | |
| **CITY OF HILLSBORO** | § | |
| **AND DAVE SINCLAIR,** | § | |
| **Defendants.** | § | |
| | § | |

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable Walter S. Smith, Jr., Chief U.S. District Judge, Presiding. The issues were duly tried and the jury duly rendered its verdict. In accordance with the Court's prior Orders and the jury's verdict, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Felix Carter, Jr. take nothing by his claims, and that costs be borne by Plaintiff.

**SIGNED** on this 22nd day of January, 2008.

Walter S. Smith, Jr.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE